IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNEIKA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-CV-0582 |
| | ) |
| BARCLAYS SERVICES LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT BARCLAYS BANK DELAWARE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)  The undersigned counsel of record for Defendant Barclays Bank Delaware, incorrectly named "Barclays Services LLC" ("Defendant" or "Barclays"), certifies that the following list is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

> **Barclays, PLC, which is the parent corporation of Barclays Bank, PLC, which in turn is the parent corporation of Barclays Group US, Inc., which in turn is the parent corporation of Barclays Financial Corporation, which in turn is the parent of Defendant Barclays Bank Delaware.  Other than as stated, no other public corporation owns 10% or more of Barclays Bank Delaware's stock.**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

**Michael D. DeFrank, Wyrick Robbins Yates & Ponton LLP**

Respectfully submitted this the 8th day of February, 2024.

        WYRICK ROBBINS YATES & PONTON LLP

        /s/ Michael D. DeFrank
        Michael D. DeFrank
        (GA Bar No. 215865)
        4101 Lake Boone Trail, Suite 300
        Raleigh, North Carolina 27607-7525
        (919) 865-2822
        mdefrank@wyrick.com

        *COUNSEL FOR DEFENDANT*
        *BARCLAYS BANK DELAWARE*

## CERTIFICATES OF SERVICE

The undersigned attorney hereby certifies that a copy of Certificate of Interested Persons and Corporate Disclosure Statement was, on the date set forth below, filed electronically, using this Court's CM/ECF system, and, further, that a hard copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was served upon the Plaintiff in this action, via United States Mail, first class, postage-prepaid, addressed as follows:

> Uneika Thomas
> 12272 Anchor Way
> Hampton, GA 30228

The foregoing document has been prepared in compliance with the requirements of LR 5.1 using 14-point Times New Roman Font.

This the 8th day of February, 2024.

>> WYRICK ROBBINS YATES & PONTON LLP
>>
>> /s/ Michael D. DeFrank
>> Michael D. DeFrank