E-FILED IN OFFICE MM
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
24-M-00430
1/4/2024 5:50 PM
TIANA P. GARNER, CLERK

# MAGISTRATE COURT OF ___Gwinnett___ COUNTY, GEORGIA

Date Filed **1/4/2024**

Case No: **24-M-00430**

uneika thomas
12272 anchor way
hampton, GA 30228

**Plaintiff(s) Name, Address**

vs

Barclays Services LLC
2 SUN COURT SUITE 400
PEACHTREECORNER, GA 30092

**Defendant(s) Name, Address**

## STATEMENT OF CLAIM

[ ] Suit on Note   [ ] Suit on Account   [ ] Breach of Contract   [✓] Injury   [ ] Other

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of **Gwinnett** County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Please refer to the attached Injury sheet for details associated with this claim.

3. That said claim is in the amount of: _____**$15,000.00**_____, principal _____ interest, plus attorney's fees in the amount of _____ pursuant to _____, plus _____ costs to date, and all future costs of this suit.

State of Georgia, __**Gwinnett**__ County:

_____ swears the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

_____
Plaintiff(s) or Agent
(If Agent, Title or Capacity) _____

**773-807-0947**
Day Time Phone Number

---

### NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the _____**75 Langley Dr, Lawrenceville, GA 30046**_____, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This _____ day of __**1/5/2024**__, 20___   _____
                                              Magistrate or Deputy Clerk of Court

## MAGISTRATE COURT OF     Gwinnett     COUNTY, GEORGIA

**Statement of Claim: Injury to Person Property Information**

**Date of Injury:** 10/30/2023

**Description of the actions of the defendant that caused injury:**

I am suing Barclay's bank for defamation of character. They have violated my rights under the United States Constitution, FCRA, FDCPA, UCC, and Common law by continuing to report inaccurate, unverifiable and untrue accounts on my credit report. It is ruining my credit worthiness to purchase a home.

**Location where injury occurred:**

12272 anchor way hampton, ga 30228