MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| UNEIKA THOMAS<br><br>    Plaintiff,<br><br>vs.<br><br>BARCLAYS SERVICES LLC<br><br>    Defendant. | Case No.  24-M-00430 |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given pursuant to 28 U.S.C. § 1446(d) that Defendant Barclays Bank Delaware, incorrectly named "Barclays Services LLC", has removed this action, Case No. 24-M-00430, from the Magistrate Court of Gwinnett County, to the United States District Court for the Northern District of Georgia.  Attached hereto and marked as **Exhibit A** is a true and accurate copy of the Notice of Removal in this civil action filed in the United States District Court.

Respectfully submitted, this the 8th day of February, 2024.

WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Michael D. DeFrank
Michael D. DeFrank
GA Bar No. 215865
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
(919) 865-2822
mdefrank@wyrick.com

*COUNSEL FOR DEFENDANT*
*BARCLAYS BANK DELAWARE*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing document was, on the date set forth below, served upon the Plaintiff in this action, via United States Mail, first class, postage-prepaid, addressed as follows:

> Uneika Thomas
> 12272 Anchor Way
> Hampton, GA 30228

This, the 8th day of February, 2024.

/s/ Michael D. DeFrank
Michael D. DeFrank