IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNEIKA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS SERVICES LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>1:24-cv-00582-LMM |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [6]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [6], as its opinion: Defendant's Motion to Dismiss, Dkt. No. [3], is **GRANTED**. This case is **DISMISSED** in accordance with Local Rule 41.3 for want of prosecution and failure to obey a lawful Order of the Court. The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 4th day of April, 2024.

**Leigh Martin May**
**United States District Judge**